UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

RECEIVED
JAN 11 2016
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

# MEMORANDUM

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-mj-1004**

**JESSE ALLAN BURCHAM**

---

DATE: January 6, 2016
**Your Case No.:** **15-173-BAJ-SCR**

TO: United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801

FROM: Trish LeGros, Courtroom Deputy for
Thomas B. Smith, United States Magistrate Judge
U.S. Courthouse
401 West Central Boulevard
Orlando, Florida 32801

SUBJECT: Rule 5(c) Proceedings

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE: January 6, 2016

RELEASE/DETENTION: The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING: Upon notice by the charging district.

CHARGING DOCUMENT: Indictment

Enclosures.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

United States of America
v.

JESSE ALLAN BURCHAM

*Defendant*

Case No. 15-

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jesse Allan Burcham who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); and
Possession of cocaine, in violation of 21 U.S.C. § 844(a).

A TRUE COPY
Nicole Youps
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date: 12/16/2015

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Shelly D. Dick, U.S. District Court Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01-05-15, and the person was arrested on *(date)* 01-06-15
at *(city and state)* ST CLOUD, FL

Date: 01 05 15

*Arresting officer's signature*

DALE R THRUSH
*Printed name and title*

FILED

DEC 16 2015

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, LA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

# INDICTMENT FOR POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE, POSSESSION OF COCAINE, AND FORFEITURE ALLEGATION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15- 173-BAJ-SCR |
| | : | |
| *versus* | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 844(a) |
| JESSE ALLAN BURCHAM | : | 21 U.S.C. § 853 |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about May 3, 2015, in the Middle District of Louisiana, **JESSE ALLAN BURCHAM**, defendant herein, knowingly and intentionally did possess with the intent to distribute 5 kilograms or more of a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about May 3, 2015, in the Middle District of Louisiana, **JESSE ALLAN BURCHAM**, defendant herein, knowingly and intentionally did possess cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses charged in Counts One and Two of this Indictment, **JESSE ALLAN BURCHAM**, defendant herein, shall forfeit to the United States,

J. Flowers
USM, USPO, & USA

pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from proceeds obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations.

If, due to any act of the defendant, any of the property or proceeds obtained directly or indirectly as a result of the offenses charged:

a. cannot be located upon the exercise of due diligence;

b. has been transferred, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, BY

J. WALTER GREEN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

JAMIE A. FLOWERS, JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

REDACTED
PER PRIVACY ACT

GRAND JURY FOREPERSON

December 16, 2015

DATE

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:16-mj-01004-TBS All Defendants
# Internal Use Only

Case title: USA v. Burcham

Date Filed: 01/06/2016
Date Terminated: 01/06/2016

---

Assigned to: Magistrate Judge Thomas B. Smith

**Defendant (1)**

**Jesse Allan Burcham**
*TERMINATED: 01/06/2016*

represented by **Daniel David Archer**
Law Offices of D D Archer, PA
Suite 200A
1635 E Highway 50
Clermont, FL 34711
352/241-6470
Fax: 352/394-1168
Email: ddarcherlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

**Disposition**

---

**Plaintiff**

**USA**

represented by **Shawn P. Napier**
US Attorney's Office - FLM
Suite 3100
400 W Washington St
Orlando, FL 32801
407/540-3612
Fax: 407/648-7643
Email: shawn.napier@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2016 | 1 | Arrest (Rule 5(c)(2)) of Jesse Allan Burcham from Middle District of Louisiana-Baton Rouge on charges of possesion with intent to distribute cocaine (PML) (Entered: 01/06/2016) |
| 01/06/2016 | 2 | Minute Entry for proceedings held before Magistrate Judge Thomas B. Smith: Initial Appearance in Rule 5(c)(3) Proceedings as to Jesse Allan Burcham held on 1/6/2016. (Digital) (PML) (Entered: 01/06/2016) |
| 01/06/2016 | 3 | **COMMITMENT TO ANOTHER DISTRICT as to Jesse Allan Burcham. Defendant committed to the Middle District of Louisiana - Baton Rouge. Signed by Magistrate Judge Thomas B. Smith on 1/6/2016. ctp.(PML)** (Entered: 01/06/2016) |
| 01/06/2016 | 4 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to the Middle District of Louisiana - Baton Rouge as to Jesse Allan Burcham. Signed by Magistrate Judge Thomas B. Smith on 1/6/2016. ctp.(PML)** (Entered: 01/06/2016) |
| 01/06/2016 | | (Court only) ***COPIES provided to US Marshal re 3 Commitment to Another District, 4 Order of Removal Rule 32.1 or 5(c)(2) as to Jesse Allan Burcham (PML) (Entered: 01/06/2016) |
| 01/06/2016 | 5 | TRANSFER Rule(5)(c)(3) to Middle District of Louisiana-Baton Rouge as to Jesse Allan Burcham. Court documentation mailed. (PML) (Entered: 01/06/2016) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.** **Case No: 6:16-mj-1004**

**JESSE ALLAN BURCHAM**

AUSA: Shawn Napier
Defense Attorney: Daniel Archer
(Limited appearance)

| | | | |
|---|---|---|---|
| JUDGE: | **THOMAS B. SMITH** United States Magistrate Judge | DATE AND TIME:<br><br>TOTAL TIME: | **January 6, 2016** 1:41 P.M.- 1:54 P.M. 13 minutes |
| DEPUTY CLERK: | Trish LeGros | RECORDING: | Digital |
| INTERPRETER: | N/A | PRETRIAL: | Candice Bunk |

## CLERK'S MINUTES
### INITIAL APPEARANCE
### (RULE 5C FROM THE MIDDLE DISTRICT OF LOUISIANA-BATON ROUGE)

**Defendant was arrested 1/6/16**

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court inquires of the defendant as to preliminary matters; No issue as to competency.
Court advises defendant of the counts in the Indictment.
Government advises of the potential penalties.
Defense counsel makes a limited appearance for this proceeding in the MDFL.
Government is seeking detention.
**Defendant orally waives Rule 5 & 5.1 hearings.**
Court advises defendant of his rights, including Rule 20 rights.
Court directs the USM to transport defendant to the charging district; Orders to enter.
Government addresses issue as to previous bond imposed from LA.
Court directs the USM to return the ankle monitor to counsel, if it is removed, at the discretion of the USM

Court adjourned.

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-mj-1004**

**JESSE ALLAN BURCHAM**

*Defendant*

Charging District's
Case No. 15-173-BAJ-SCR

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Middle District of Louisiana-Baton Rouge.

The defendant: will retain an attorney.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

**Date:** 1-6-2016

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-mj-1004**

**JESSE ALLAN BURCHAM**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5(c), FED.R.CRIM.P.

Jesse Allan Burcham, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Middle District of Louisiana-Baton Rouge was held on January 6, 2016.

No detention or identity hearings were held because the defendant orally waived and elects to have the hearings conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that JESSEE ALLAN BURCHAM be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 6, 2016.

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel of Record
District Judge

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
US COURTHOUSE
401 W. CENTRAL BLVD., SUITE 1200
ORLANDO, FLORIDA 32801-0120

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004221809
$ 00.70⁵
JAN 06 2016
MAILED FROM ZIP CODE 32801

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA ST., STE. 139
BATON ROUGE,
LA 70801

70801$1717 C046