UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JESSE ALLAN BURCHAM

**UNDER SEAL**

CRIMINAL ACTION

NO. 15-173-BAJ-RLB

**NOTICE TO COUNSEL**

An initial appearance in this matter is hereby assigned for **February 4, 2016** at **11:00 a.m.**, before United States Magistrate Judge Erin Wilder-Doomes, in Courtroom 5, Russell B. Long Federal Building & Courthouse, 777 Florida Street, Baton Rouge, Louisiana.

Baton Rouge, Louisiana, on February 3, 2016.

Samantha G. O'Neill
Courtroom Deputy Clerk

J. Flowers
USM