AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

United States of America
v.

JESSE ALLAN BURCHAM

*Defendant*

Case No. 15-173-BAJ-SCR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jesse Allan Burcham, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

USMS-MLA 2015 DEC 17 PM 2:55

This offense is briefly described as follows:

Possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); and
Possession of cocaine, in violation of 21 U.S.C. § 844(a).

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA
A TRUE COPY
Nicole' R. Toups
Nicole Toups
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date: 12/16/2015

Shelly D. Dick
*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Shelly D. Dick, U.S. District Court Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/17/15, and the person was arrested on *(date)* 1/6/16 at *(city and state)* MELBOURNE, FL.

Date: 2/4/16

B. Bradstreet
*Arresting officer's signature*

BOBBY BRADSTREET, DUSM
*Printed name and title*