UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

UNITED STATES OF AMERICA

-vs-                                                       Criminal Action No. 15-173-BAJ-EWD

JESSE ALLAN BURCHAM

AUSA: Jamie A. Flowers, Jr.
Deft. Atty.: John E. DiGiulio

---

| JUDGE: | Erin Wilder-Doomes | DATE: | February 12, 2016 |
|---|---|---|---|
| DEPUTY CLERK: | Samantha O'Neill | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Erica Hives Johnson, Patrick Smith |

---

### CLERK'S MINUTES
### Detention Hearing

The defendant was advised of the purpose of this hearing.

John E. DiGiulio made an appearance on behalf of the defendant.

Special Agent Sabrina Gonzales was called as a witness on behalf of the government.

Government Exhibits 1, 2, 3, 4, 5, 6, 7, 8 were offered and admitted without objection.

Kim Lynn was called as a witness on behalf of the defendant.

Defendant Exhibit 1 was offered and admitted without objection.

The parties presented argument.

The court took a brief recess.

The court found that the presumption in 18 USC 3142(e)(3)(A) applied, but that the defendant presented evidence sufficient to rebut the presumption, and the burden of proof thereafter rested with the government.

Cr13;T: 1:00

**The government did not meet its burden of showing by clear and convincing evidence that there is no condition or combinations of conditions that could reasonably assure the safety of the community nor did the government establish by a preponderance of the evidence that the defendant presents a risk of flight.**

**The defendant was advised of the standard and special conditions of release, as well as the penalties associated with violating the conditions of release.**

**The defendant was released on his personal recognizance with special conditions.**

\* \* \* \*

Cr13;T: 1:00