## U.S. District Court, Middle District of Louisiana
### Exhibits Log for: 15CR00173-BAJ-EWDDetHrg
### USA v. Jesse Burcham, 2/12/2016

| Exhibit | Description |
| --- | --- |
| Gov-1 | BRPD |
| Gov-2 | LSP Report 1 |
| Gov-3 | LSP Report 2 |
| Gov-4 | LSP Report 3 |
| Gov-5 | Affidavit of Probable Cause |
| Gov-6 | Divorce Judgment |
| Gov-7 | Osceola SO Gang Unit |
| Gov-8 | Osceola SO Stop |