**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE BURCHAM**

**CRIMINAL ACTION**

**NO.  15-173-BAJ-EWD**

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, comes JOHN DI GIULIO and CAITLIN CHUGG, attorneys of the Law Firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., who represent to this Honorable Court that they have been retained to represent defendant herein, JESSE A. BURCHAM, in the above entitled and numbered cause; movers further request their names be enrolled on the records of this cause as counsel for said defendant.

Respectfully Submitted:     Respectfully Submitted:

| **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** | **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** |
|---|---|
| s/ John E. DiGiulio | s/ Caitlin M. A. Chugg |
| JOHN E. DIGIULIO | CAITLIN M. A. CHUGG |
| Louisiana Bar No. 04941 | Louisiana Bar No. 35708 |
| Attorney for Defendant | Attorney for Defendant |
| 8075 Jefferson Highway | 8075 Jefferson Highway |
| Baton Rouge, Louisiana 70809 | Baton Rouge, LA 70809 |
| Tel: (225) 383-9703 | Tel: (225) 383-9703 |
| Fax: (225) 383-9704 | Fax: (225) 383-9704 |

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| | **NO. 15-173-BAJ-EWD** |
| **JESSE BURCHAM** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this _____ day of April, 2016.

                                            s/ Caitlin M. A. Chugg
                                            CAITLIN M. A. CHUGG

                                            s/ John E. DiGiulio
                                            JOHN E. DIGIULIO

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

## ORDER TO ENROLL AS COUNSEL OF RECORD

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the name of CAITLIN M. A. CHUGG and JOHN E. DIGIULIO, attorneys of the Law Firm of MANASSEH, GILL, KNIPE & BÉLANGER P.L.C., 8075 Jefferson Highway, Baton Rouge, Louisiana 70809, (225) 383-9703, be enrolled on the records of this cause as counsel for defendant.

Baton Rouge, Louisiana, this _____ day of _____, 2016.

_____
J U D G E