## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**15-173-BAJ-EWD**

### MOTION TO WITHDRAW DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT

NOW INTO COURT, comes the defendant, JESSE ALLAN BURCHAM, through undersigned counsel who respectfully request that he be allowed to withdraw the Motion to Suppress Evidence and Statements and Memorandum in Support which were erroneously filed on April 4, 2016. The withdrawal is necessary to make a few textual corrections.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
john@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG
Louisiana Bar No. 35708
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
caitlin@manassehandgill.com

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**15-173-BAJ-EWD**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing MOTION TO WITHDRAW DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 5th day of April, 2016.

s/ John E. DiGiulio
JOHN E. DIGIULIO

s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **CRIMINAL ACTION** |
| **VERSUS** | |
| | **15-173-BAJ-EWD** |
| **JESSE ALLAN BURCHAM** | |

### ORDER TO WITHDRAW DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the defendant, JESSE ALLAN BURCHAM, be allowed to withdraw the DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT.

Baton Rouge, Louisiana, this ___ day of _____, 2016.

_____
ERIN WILDER-DOOMES
JUDGE, UNITED STATES DISTRICT COURT