**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **JESSE ALLAN BURCHAM** | **15-173-BAJ-EWD** |

**MOTION TO COMPEL DISCOVERY**

NOW INTO COURT, through undersigned counsel, comes the defendant, JESSE A. BURCHAM, who maintains that he is unable to effectively prepare a defense to the charges of this case without the following discovery being provided:

1.

All electronic and recorded and documented information about this traffic stop and his arrest, including all communications by the arresting officer(s) with and with each other and with state law enforcement agents, including but not limited to voice calls, text messages, emails, logs as well as any data concerning timing and locations of stop and arrest, personal texts, emails and recordings from officer's personal devices, dash cams, etc.

2.

A list of all traffic stops made by the law enforcement officers in this case for the period 30 days before and 30 days after, delineating when tickets were given and/or arrests were made.

3.

On March 24, 2016, Defendant requested all of the above information (see attached letters). As of this date, our office has not been provided with the requested discovery.

4.

Defendant additionally requests information on drug dogs used during the traffic stop and

subsequent search of Mr. Burcham's vehicle including but not limited to, the dog's name, age, training information, and the name of the dog handler.

5.

WHEREFORE, the defendant, JESSE BURCHAM prays that this Court order the United States Attorney's office to turn over the requested discoverable material.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
john@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG
Louisiana Bar No. 35708
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
caitlin@manassehandgill.com

## **ORDER**

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that the Assistant United States Attorney show cause, if any he can, on the ___ day of _____, at ____ why the above and foregoing Motion to Compel Discovery should not be granted in its entirety.

Baton Rouge, Louisiana, this _____ day of _____, _____.

_____
JUDGE, UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JESSE ALLAN BURCHAM

CRIMINAL ACTION

15-173-BAJ-EWD

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing MOTION TO COMPEL DISCOVERY with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 6th day of April, 2016.


s/ John E. DiGiulio_____


s/ Caitlin M. A. Chugg_____