UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO. 15-173-BAJ-EWD

JESSE BURCHAM

## ORDER TO ENROLL AS COUNSEL OF RECORD

IT IS ORDERED that the name of CAITLIN M. A. CHUGG and JOHN E. DIGIULIO, attorneys of the Law Firm of MANASSEH, GILL, KNIPE & BÉLANGER P.L.C., 8075 Jefferson Highway, Baton Rouge, Louisiana 70809, (225) 383-9703, be enrolled on the records of this cause as counsel for defendant.

Baton Rouge, Louisiana, this 6TH day of April, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA