**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**15-173-BAJ-EWD**

## ORDER TO WITHDRAW DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the defendant, JESSE ALLAN BURCHAM, be allowed to withdraw the DOCUMENT NO. 22 AND ATTACHMENT DOCUMENT NO. 22-1, FILED AS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS AND MEMORANDUM IN SUPPORT.

Baton Rouge, Louisiana, April 6, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA