## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**15-173-BAJ-EWD**

**JESSE ALLAN BURCHAM**

**ORDER TO WITHDRAW DOCUMENT NO. 23 AND ATTACHMENTS DOCUMENT NO. 23-1 AND 23-2, FILED AS MOTION TO COMPEL AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

CONSIDERING THE ABOVE AND FOREGOING MOTION:

IT IS ORDERED that the defendant, JESSE ALLAN BURCHAM, be allowed to withdraw DOCUMENT NO. 23 AND ATTACHMENTS DOCUMENT NO. 23-1 AND 23-2, FILED AS MOTION TO COMPEL AND MEMORANDUM IN SUPPORT OF MOTION TO COMPEL.

Baton Rouge, Louisiana, April 6, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA