## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| VERSUS | |
| | NO. 15-173-BAJ-EWD |
| JESSE ALLAN BURCHAM | |

### UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS SETTING AND TRIAL AND TO WAIVE DELAYS FROM SPEEDY TRIAL ACT COMPUTATION

NOW INTO COURT come undersigned counsel for the defendant, JESSE ALLAN BURCHAM, all associated with the law firm of MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C., who represent as follows:

1.

On December 16, 2015, Mr. Burcham was indicted on one count of possession with intent to distribute 5 kilograms or more of a substance containing a detectable quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 841(a)(1) and one count of possession of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C. § 844(a). Document 1. On February 4, 2016, he made his initial appearance before Honorable Erin Wilder-Doomes, United States Magistrate Judge, and, accompanied by undersigned counsel, entered a plea of Not Guilty to Counts 1 and 2 of the Indictment. After he was advised of his rights and the purpose of the hearing, MJ Wilder-Doomes reset the detention hearing to February 12, 2016 and released Mr. Burcham on his own recognizance. Document 18.

2.

Magistrate Judge Wilder-Doomes issued the usual Scheduling Order set in criminal cases in this district, requiring exchange of discovery, the right of each side to file motions to compel

discovery and substantive motions to be filed within 20 days. The upcoming The MJ Wilder-Doomes also announced trial date is currently set for May 31, 2016 to June 1, 2016, with a May 19, 2016 due date for the verdict form, jury instructions, voir dire and bench book of pre-marked bates stamped exhibits. See email notice and Documents 11 and 16.

3.

Undersigned counsel DiGiulio represents he is scheduled to have back surgery on May 18, 2016 and only recently received clearance for surgery from all of his physicians. He has also been informed that the recovery time will be approximately three to four weeks long, rendering him incapacitated until mid-June 2016.

4.

Additionally, undersigned counsel DiGiulio presented a written discovery request to Assistant United States Attorney Jamie A. Flowers, Jr. In the spirit of cooperation, AUSA Flowers sent rather voluminous preliminary discovery to undersigned's office. AUSA Flowers promised further production in a few days. On April 6, 2016, undersigned DiGiulio filed a Motion to Compel Discovery. Appreciative of initial production, undersigned anticipates no problems with further, timely production of the specifically requested discovery.

5.

While the scope of discovery to be reviewed may or may not be voluminous enough to suggest this case be deemed "unusual" or "complex" under those particular provisions of the Speedy Trial Act, we do ask that the Court reserve judgment on this issue and allow the defense to supplement this motion for such additional reasons, if so needed.

6.

However, we do now request a continuance of approximately 90 days from the scheduled April 28, 2016 Pretrial Motions setting until July 27, 2016 or later, to allow Mr. DiGiulio sufficient recovery time and undersigned counsel to review discovery not yet produced. Such continuance should insure "reasonable time necessary for effective preparation, taking into account the exercise of due diligence," in accordance with Title 18, United States Code, § 3161(h)(7)(B)(iv), and to avoid any "miscarriage of justice," in accordance with Title 18, United States Code, § 3161(h)(7)(B)(i). Moreover, such continuance should meet the ends of justice, outweighing the best interests of the public and the defendant in a speedy trial, in accordance with Title 18, United States Code, § 3161(h)(7)(A), and the additional 90-day delay resulting from such a continuance of the pretrial motions setting should be waived in computing the time within which the trial must commence.

7.

The defendant, Jesse Allan Burcham, also respectfully requests the May 19, 2016 due date for the verdict form, jury instructions, voir dire and bench book of pre-marked bates stamped exhibits and the trial set for May 31, 2016 to June 1, 2016, be cancelled, to be reset by the Court at a later time, in connection with consideration of any motion which may yet need to be considered and ruled upon by the Court.

8.

AUSA Jamie Flowers has kindly indicated that the United States does not oppose this continuance.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**


s/ James P. Manasseh
JAMES P. MANASSEH
Louisiana Bar Roll No. 19022
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
jimmy@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**


s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar Roll No. 04941
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
john.digiulio@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**


s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG
Louisiana Bar Roll No. 35708
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
caitlin@manassehandgill.com

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **JESSE ALLAN BURCHAM** | **NO. 15-173-BAJ-EWD** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS SETTING AND TRIAL AND TO WAIVE DELAYS FROM SPEEDY TRIAL ACT COMPUTATION with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 22nd day of April, 2016.

s/ Caitlin M. A. Chugg  
CAITLIN M. A. CHUGG
