UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **JESSE ALLAN BURCHAM** | **NO.: 15-00173-BAJ-EWD** |

### ORDER

Before the Court is an **Unopposed Motion to Continue Pretrial Motions Setting and Trial and to Waive Delays from Speedy Trial Act Computation (Doc. 35)**, in which Defendant Jesse Allan Burcham ("Burcham") requests a 90-day continuance of the upcoming April 28, 2016, motions hearing and the upcoming May 31, 2016, trial. The denial of such a delay, it is argued, will "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and "would . . . likely . . . result in a miscarriage of justice," 18 U.S.C. § 3161(h)(7)(B)(i). Ultimately, the Court agrees and finds that the ends of justice served by the granting of this first continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS ORDERED** that Burcham's **Unopposed Motion to Continue Pretrial Motions Setting and Trial and to Waive Delays from Speedy Trial Act Computation (Doc. 35) is GRANTED**.

**IT IS FURTHER ORDERED** that the hearing to address Burcham's Motion

JURY

to Suppress Evidence and Statements (Doc. 26) and Burcham's Motion to Compel Discovery (Doc. 28) is **CONTINUED** and **RESET** for <u>**July 21, 2016** at **9:30 a.m.**</u>

  **IT IS FURTHER ORDERED** that the trial in the above-captioned matter is **CONTINUED** and **RESET** for <u>**September 22—23, 2016**</u>. Proposed jury voir dire, proposed jury instructions, and proposed verdict forms shall be filed into the record on or before <u>**September 15, 2016**</u>. Bench Books of pre-marked, Bates stamped exhibits shall be delivers to the Court on or before <u>September 15, 2016</u>. Bench books shall include witness and exhibit list. Separate notice to issue regarding submission of electronic exhibits (JERS).  Counsel shall report to Chambers to 8:30 the morning of trial.

  Baton Rouge, Louisiana, this 26th day of April, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**