## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE BURCHAM**

**CRIMINAL ACTION**

**15-173-BAJ-EWD**

### UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

NOW INTO COURT, through undersigned counsel, comes the defendant, JESSE A. BURCHAM, who requests that the Court to modify the conditions of his pretrial release for the following reasons:

1.

His pretrial officer in Florida has requested that we ask the court to amend the conditions of his pretrial supervision by eliminating the requirement of ankle bracelet monitoring and home confinement.

2.

The Probation and Pretrial Services Office in the Middle District is in agreement that this be done.

3.

The United States Attorney has no objection.

4.

Additional information for the Court's consideration is set forth in the attached memorandum in support of this motion.

WHEREFORE, the defendant respectfully requests that this Honorable Court remove these two conditions from his bond requirements.

| | |
|---|---|
| Respectfully Submitted: | Respectfully Submitted: |
| **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** | **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** |
| s/ John E. DiGiulio | s/ Caitlin M. A. Chugg |
| JOHN E. DIGIULIO | CAITLIN M. A. CHUGG |
| Louisiana Bar No. 04941 | Louisiana Bar No. 35708 |
| Attorney for Defendant | Attorney for Defendant |
| 8075 Jefferson Highway | 8075 Jefferson Highway |
| Baton Rouge, Louisiana 70809 | Baton Rouge, LA 70809 |
| Tel: (225) 383-9703 | Tel: (225) 383-9703 |
| Fax: (225) 383-9704 | Fax: (225) 383-9704 |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| | **NO.  15--173-BAJ-EWD** |
| **JESSE BURCHAM** | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing Unopposed Motion to Amend Conditions of Pretrial Release with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this ___7_____ day of _____July_____, 2016__.


                                            s/ John E. DiGiulio_____


                                            s/ Caitlin M. A. Chugg_____