UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**

**JESSE ALLAN BURCHAM**                                    **NO.: 15-00173-BAJ-EWD**

<u>ORDER</u>

**IT IS ORDERED** that Defendant Jesse Allan Burcham's ("Burcham") **Unopposed Motion to Amend Conditions of Pretrial Release (Doc. 38)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the conditions of Burcham's pretrial release are hereby **AMENDED** insofar as Burcham is no longer subject to ankle bracelet monitoring or home confinement.

Baton Rouge, Louisiana, this 8th day of July, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**