**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSE ALLAN BURCHAM | : | |

**UNOPPOSED MOTION TO CONTINUE HEARING**

**NOW INTO COURT,** comes the United States of America, by J. Walter Green, United States Attorney for the Middle District of Louisiana, through Jamie A. Flowers, Jr., Assistant United States Attorney, who respectfully represents the following:

1.

On April 5, 2016, counsel for JESSE ALLAN BURCHAM, hereafter "defendant" filed a Motion to Compel.

2.

On April 6, 2016, counsel for the defendant filed a Motion to Suppress Evidence and Statements by the defendant.

3.

At the request of the parties, the Court set the matter for a hearing on the defendant's Motion to Compel and Motion to Suppress to occur on April 28, 2016, at 9:30 a.m.

4.

On April 22, 2016, the defendant filed a Motion to Continue Pretrial Motions. The Court granted the defendant's Motion on April 26, 2016, and reset the hearing for July 21, 2016, at 9:30a.m.

1

5.

On June 21, 2016, due to a scheduling conflict, the Court reset the hearing from July 21, 2016, to today, July 11, 2016, at 2:00 p.m.

6.

On or about July 5, 2016, a police-involved shooting took place in Baton Rouge, Louisiana, which involved officers of the Baton Rouge Police Department and a Baton Rouge citizen.  Since the shooting incident, public demonstrations and unrest have grown, requiring increased police presence in and around Baton Rouge.  Specifically, officers of the Baton Rouge Police Department have been placed on twelve-hour shifts to help maintain order and protect protestors, as well as members of the general public during public demonstrations.  This is essentially an "all-hands" type of situation that has even required assistance from surrounding law enforcement agencies and partners.

7.

The hearings scheduled before the Court today will require the testimony of Baton Rouge Police Department Officers Rusty Jenkins, Luke Cowart, and Brad Bickham.  Subpoenas have been issued to all three officers, on behalf of the United States and on behalf of the defendant, to secure the presence of the officers for the hearing.

8.

This morning, undersigned counsel spoke with the officers and was informed that, as a matter of public safety, the officers are unable to attend the hearing this afternoon.  Specifically, each officer has been tasked with working crowd control for protests currently taking place, as well as protests scheduled to occur throughout the day.  From what counsel understands, each officer serves in a critical role, and it is imperative that he be present at his assigned place of duty

during the assigned times to ensure the continued public safety during the protests. Requiring these officers to absence themselves from their duty assignments would be an unreasonable burden on law enforcement and could jeopardize public safety during this unusual time.

9.

As such, the United States respectfully requests that this Honorable Court reschedule the hearing to a date to be set in the future once the current public safety concerns are alleviated.

10.

Counsel for the defendant also has no objection to the United States' Unopposed Motion to Continue.

**WHEREFORE**, the United States respectfully requests a continuance of JESSE ALLAN BURCHAM's motion hearing date.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY



/s/ Jamie A. Flowers, Jr.
Jamie A. Flowers, Jr., GABN 940394
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jamie.flowers@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSE ALLAN BURCHAM | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the United States' Unopposed Motion to Continue Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, on this 11th day of July, 2016.

/s/Jamie A. Flowers, Jr.
Jamie A. Flowers, Jr. GABN 940394
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSE ALLAN BURCHAM | : | |

**ORDER**

Considering the foregoing motion filed by the United States to continue JESSE ALLAN BURCHAM's hearing date,

**IT IS ORDERED** that the hearing on the Motion in Limine and Motion to Suppress, set for July 11, 2016, is hereby continued to _____, 2016.

Baton Rouge, Louisiana, this _____day of July, 2016.

_____
HONORABLE BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT