UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| VERSUS | |
| | 15-173-BAJ-EWD |
| JESSE BURCHAM | |

## ORDER

Considering the Omnibus Order Suspending All Deadlines (General Order 2016-10) filed August 17, 2016 and the Order Terminating the Suspending of All Deadlines Subject to the Omnibus Order (General Order 2016-10) filed August 17, 2016;

**IT IS ORDERED** that the deadline for filing of post hearing briefs previously set by the Court is hereby reset to **September 2, 2016**. Counsel are reminded that briefs shall be limited to 6 pages in length.

Baton Rouge, Louisiana, August 25, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA