# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JESSE ALLAN BURCHAM

CRIMINAL ACTION

NO. 15-173-BAJ-EWD

## UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

NOW INTO COURT, comes the defendant, JESSE ALLAN BURCHAM, through undersigned counsel who respectfully request the Honorable Court to continue the trial and pre-trial conference currently scheduled for September 22, 2016, in this matter for the following reasons:

I.

The defendant was charged with a bill of information on December 16, 2015. A pre-trial conference is currently scheduled for September 22, 2016, at 8:30 a.m. and a jury trial is scheduled for September 22, 2016 at 9:00 a.m.

II.

A number of employees at the law firm representing Mr. Burcham experienced flood related setbacks affecting a number of matters the firm is handling.

III.

There is pending a Motion to Suppress, where memoranda are due this Friday, September 2, 2016.

IV.

As a result of the pending motion, the Speedy Trial Act is suspended pending resolution of that issue.

V.

The United States Attorney's office has no objection to this motion.

WHEREFORE, the defendant, JESSE ALLAN BURCHAM, respectfully requests that the pretrial conference and trial of this matter be continued.

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** | **MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.** |
| s/ John E. DiGiulio | s/ Caitlin M. A. Chugg |
| JOHN E. DIGIULIO | CAITLIN M. A. CHUGG |
| Louisiana Bar No. 04941 | Louisiana Bar No. 35708 |
| Attorney for Defendant | Attorney for Defendant |
| 8075 Jefferson Highway | 8075 Jefferson Highway |
| Baton Rouge, Louisiana 70809 | Baton Rouge, LA 70809 |
| Tel: (225) 383-9703 | Tel: (225) 383-9703 |
| Fax: (225) 383-9704 | Fax: (225) 383-9704 |
| john@manassehandgill.com | caitlin@manassehandgill.com |

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Unopposed Motion to Continue has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 1st day of September, 2016.

s/ John E. DiGiulio
JOHN E. DIGIULIO


s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG