UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **JESSE ALLAN BURCHAM** | **NO.: 15-00173-BAJ-EWD** |

### ORDER

IT IS ORDERED that the **Unopposed Motion to Continue Pretrial Conference and Trial (Doc. 47)** filed by Defendant Jesse Allan Burcham is **GRANTED**. A date for the pre-trial conference and trial shall be set after the Court has issued a ruling on the pending motion to suppress.

Baton Rouge, Louisiana, this 7th day of September, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JURY