## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSE ALLAN BURCHAM | : | |

### JOINT STIPULATION OF FACTS

NOW INTO COURT comes **JESSE ALLAN BURCHAM**, hereafter the

"defendant," and the United States of America, as shown by the signatures affixed hereunder,

who enter into the following stipulation of facts for the purposes of trial:

1.  On May 3, 2015, in the Middle District of Louisiana, the defendant knowingly possessed with the intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance.

2.  Specifically, on that date, Task Force Officer ("TFO") Rusty Jenkins of the Drug Enforcement Administration High Intensity Drug Interdiction Task Force executed a traffic stop of a 2014 Audi A6 operated by the defendant on Interstate 12 in Baton Rouge, Louisiana, a known corridor used to illegally traffic narcotics across state lines.

3.  During the traffic stop, TFO Jenkins verified that the vehicle belonged to the defendant and the defendant was the sole occupant of the vehicle.

4.  During a subsequent consensual search of the defendant's vehicle, TFO Jenkins and TFO Luke Cowart discovered a hidden aftermarket compartment welded behind the vehicle's bumper.



GOVERNMENT
EXHIBIT
1

5. A search of the hidden compartment revealed 12 packages, each individually wrapped in duct tape and containing approximately one kilogram of cocaine each.

6. The manner in which the cocaine was individually packaged was consistent with that of drug trafficking.

7. In light of the 12 packages of cocaine hidden in the bumper of the defendant's vehicle, the defendant was arrested for possession with the intent to distribute cocaine.

8. During the subsequent search incident to arrest, officers found a small container in the defendant's pants pocket containing what the defendant reported to be a small amount of personal use cocaine to assist him in staying awake during his long drive.

9. While speaking with the defendant during the traffic stop, TFO Jenkins observed what Jenkins described as the defendant's nervousness, as well as the defendant's elongated and peculiar responses to questions.

10. The contraband was submitted to the Louisiana State Police Crime Laboratory for analysis and the following determinations where made:

    a. The substance contained within the 12 individually wrapped packages recovered from the bumper of the defendant's vehicle was, in fact, cocaine hydrochloride with a combined recorded net weight of 11,006.88g (11kg);

    b. The substance contained within the container recovered from the defendant's pants pocket was actually methamphetamine with a recorded net weight of .139g; and

    c. Six finger prints recovered from the packages of cocaine found in the bumper of the defendant's vehicle were compared to the reference prints of the

2

defendant, and identifications were made to the left middle finger, left thumb,

left index finger, and right middle finger of the defendant.

Agreed to on this _24_ day of October, 2016.

UNITED STATES OF AMERICA, by

JESSE ALLAN BURCHAM
DEFENDANT

J. WALTER GREEN
UNITED STATES ATTORNEY

JOHN E. DIGIULIO
ATTORNEY FOR DEFENDANT

JAMIE A. FLOWERS, JR.
ASSISTANT U.S. ATTORNEY