UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| versus | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSE ALLAN BURCHAM | : | |

## UNITED STATES' CONSENT TO BENCH TRIAL

Pursuant to Fed. R. Crim. P. 23(a), the United States hereby consents to a trial by judge alone.

Baton Rouge, Louisiana, this 24th day of October, 2016.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

_____
Jamie A. Flowers, Jr., GABN 940394
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jamie.flowers@usdoj.gov