# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA :
:
    *versus* : CRIMINAL NO. 15-173-BAJ-EWD
:
JESSE ALLAN BURCHAM :

### WAIVER OF JURY TRIAL

I, **JESSE ALLAN BURCHAM**, the above-named defendant, charged in an Indictment in Count One with possession with the intent to distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Count Two with possession of cocaine, in violation of Title 21, United States Code, Section 844(a), understand:

(a)    the nature of the charges brought against me, and

(b)    that I am entitled, under the Sixth Amendment of the United States Constitution, to a trial by jury.

I voluntarily waive my right to trial by jury and, pursuant to Fed. R. Crim. P. 23(a), inform this Honorable Court that I waive my right to be tried by jury and consent to trial by judge.

Dated this 24th day of October, 2016, at Baton Rouge, Louisiana.

_____
JESSE ALLAN BURCHAM
DEFENDANT

_____
JOHN E. DIGIULIO
ATTORNEY FOR DEFENDANT