# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

United States of America        Criminal No. 15-173-BAJ-EWD

versus

Jesse Allan Burcham

### DEFENDANT'S APPROVAL TO INSTITUTE A PRESENTENCE INVESTIGATION PRIOR TO CONVICTION OR PLEA OF GUILTY

I, Jesse Allan Burcham, defendant in the above numbered and entitled proceeding, hereby consent to a presentence investigation by the United States Probation and Pretrial Services Office. The investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty, nolo contendere, or be found guilty.

By this consent, I do not admit my guilt or waive any rights. I understand that any reports prepared will be disclosed to my attorney and the United States Attorney in order that objections to the report may be resolved prior to sentencing. I understand that seven days prior to the sentencing hearing, the report will be disclosed to the court.

I agree to cooperate fully with the United States Probation Office and to provide a statement concerning my involvement in the offense. I understand that this information may not be used against me to decide whether or not I am guilty, but may affect my sentence under the United States Sentencing Guidelines.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made as to what final disposition will be made of my case.

_____      11-02-16
Jesse Allan Burcham                   Date

_____      1/9/17
John DiGuilio, Attorney             Date